IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       CASE NO. 1:05-cv-00193-MP-AK

THE GAINESVILLE HOUSING AUTHORITY, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 43, Joint Motion for Stay and Modification of the Scheduling Order. After considering the matter, the Motion is approved. Accordingly, the modified Scheduling Order entered by the Court on September 26, 2006, shall be stayed up to and including December 13, 2006. At the end of the stay period, in the event the case is not resolved, the parties shall, if appropriate, request that the Court schedule a status conference.

    **DONE AND ORDERED** this  *14th* day of November, 2006

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge